FILED
CLERK, U.S. DISTRICT COURT

DEC 29 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> RUSSEL EO, <br>     Defendant. | CASE NO. 14-2523M <br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

Defendant is a danger to the community, especially given his serious and significant criminal history, of which includes convictions for violent offenses.

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Defendant is a risk of flight, especially given his failure to comply with his obligations on supervised release and prior convictions for escape from federal custody.

IT IS ORDERED that defendant be detained.

DATED: December 29, 2014

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE